NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**M-I DRILLING FLUIDS UK LTD., M-I LLC,**
*Plaintiffs-Cross-Appellants*

**v.**

**DYNAMIC AIR INC.,**
*Defendant-Appellant*

———————————

2018-1775, 2018-1858

———————————

Appeals from the United States District Court for the District of Minnesota in No. 0:14-cv-04857-JRT-HB, Judge John R. Tunheim.

———————————

**JUDGMENT**

———————————

KIRK T. BRADLEY, Alston & Bird LLP, Charlotte, NC, argued for plaintiffs-cross-appellants. Also represented by SCOTT J. PIVNICK, LAUREN BOLCAR, Washington, DC.

ALAN GARY CARLSON, Carlson, Caspers, Vandenburgh, Lindquist & Schuman, PA, Minneapolis, MN, argued for defendant-appellant. Also represented by NATHAN D. LOUWAGIE, TODD S. WERNER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 11, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court